## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN MCNEAL,<br><br>        Plaintiff,<br>v.<br><br>LOUISIANA DEPARTMENT OF SAFETY AND CORRECTIONS & JAMES LEBLANC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)    No. 3:20-cv-00312-SDD-SDJ<br>)<br>)<br>)<br>) |

### *EX PARTE* MOTION TO WITHDRAW SARAH CHERVINSKY AS COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT, comes Sarah Chervinsky, attorney of record for Plaintiff, to respectfully request that she be allowed to withdraw from representation of Plaintiff in this matter. Ms. Chervinsky has resigned her position with the Law Office of William Most to enter solo practice. William Most and Dave Lanser will remain as counsel for Plaintiffs, and as such, no prejudice or delay shall result from this withdrawal.

WHEREFORE, Sarah Chervinsky prays for an order withdrawing her as counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Sarah Chervinsky*
Sarah Chervinsky, La. Bar No. 33772
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
*Attorney for Plaintiff*

1