## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRADFORD SKINNER,** | **CIVIL ACTION: 20-cv-595** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **LOUISIANA WORKFORCE, L.L.C.; SID J. GAUTREAUX, in his individual and official capacity; DEMARCUS BRAXTON; RUDOLPH HYDE; JOHN DOE** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff Sid J. Gautreaux, III, in his individual and official capacity as Sheriff of East Baton Rouge Parish ("Sheriff Gautreaux"), DeMarcus Braxton, and Rudolph Hyde ("Sheriff Defendants") who respectfully request that this Motion to Dismiss be granted and Plaintiff's claims against Sheriff Sid J. Gautreaux, III, DeMarcus Braxton, and Rudolph Hyde be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for which relief can be granted.

**WHEREFORE,** Sheriff Defendants pray that after all due proceedings be had, this Motion to Dismiss be granted, and the claims against Defendants, Sheriff Sid J. Gautreaux, III, in his individual and official capacity as Sheriff of East Baton Rouge Parish, DeMarcus Braxton, and Rudolph Hyde as set forth in the accompany memorandum be dismissed with prejudice.

        Respectfully submitted:

        **ERLINGSON BANKS, PLLC**

        *s/ Catherine S. St. Pierre*
        MARY G. ERLINGSON (#19562)
        CATHERINE S. ST. PIERRE (#18419)
        One American Place
        301 Main Street, Suite 2110
        Baton Rouge, Louisiana 70801
        Telephone: (225) 218-4446
        Facsimile: (225) 246-2876

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020 a copy of the foregoing Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

Baton Rouge, Louisiana, this 9th day of November 2020.

        /s/ *Catherine St. Pierre*
        Catherine S. St. Pierre