# EAST BATON ROUGE PARISH PRISON
## DISCIPLINARY REPORT

044584 BP1
File Number
P20-1605

| # | Field | Value |
|---|---|---|
| 1. | Name of Offender | Bradford Skinner |
| 2. | D.O.B. | 11/13/1980 |
| 3. | Shift | D |
| 4. | Date of Incident | 4/4/2020 |
| 5. | Time of Incident | 16:38 |
| 6. | Place of Incident | EBR Work Release Facility |
| 7. | Arrest Date | 4/4/2020 |
| 8. | Housing Assignment (Offender) | Work Release |
| 9. | Rule Violated | Aggravated Disobedience |
| 10. | Rule Number | 5 |

**11. Description of Incident** (Include all relevant information - "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary) - Extra space is available on the Continuation form on the 2nd page

On the above date and approximate time, I Cpl. Demarcus Braxton and Lt. Rudolph received a call from the East Baton Rouge Parish Work Release Facility stating Inmate Bradford Skinner B/M 11-13-80 was attempting to walk off the compound. Myself and Lt. Hyde responded and observed Skinner sitting on the walking ramp of a trailer in handcuffs. I gave Skinner several verbal orders to stand up. Skinner refused and stated several times " I have high blood pressure and the news said i'm high risk for Covid-19. I need to go to the hospital!" Lt. Hyde advised Skinner that he needed to stand up and walk to the Unit so a nurse at the Prison could assess him to determine if he needed to be transported to a hospital. Skinner refused and began to cough and spit at Cpl. Braxton and Lt.Hyde stating "back up or ima give you Corona!" I gave Skinner several verbal orders to stop spitting and coughing towards us. Skinner refused and continued to spit and cough towards us. I administered a one to two second burst of subject control spray to the facial area of Skinner, Skinner complied and stopped spitting and coughing towards us. I ordered Skinner to stand up he refused

12. Offender Placed in Adm. Seg.    ☐ Yes    ☒ No

13. Signature of reporting employee: Cpl. Braxton #185

14. Name, Title, Assignment (Print): Cpl. Demarcus Braxton Unit 2 Supervisor

15. Date of Report: 4/4/2020
16. Time of Report: 16:58
17. Report (copy) given to above offender by: ROPER
18. Offender's Signature: refused  Cpl. Braxton #185

19. Plea by Offender: ☒ Not Guilty   ☐ Guilty
20. Verdict: ☐ Not Guilty   ☐ Guilty

21. Date of Hearing: 4/6/20 1st Mtc 4-8-20
22. Supervisor Approval: Lt. Rudolph Hyde SR50

23. Motion: _____

**24. Reasons for Disposition:**
☐ Report is clear and precise
☐ Lack of a credible defense/little or no defense.
☐ Based on his statement
☐ The officer's version is determined to be more credible than the offender's
☐ Pled guilty/accepted guilty plea
☐ Only defense is denying contents of report.
☐ The offender presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's.
☐ Plea bargain
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
Other: work release inmate

**25. Reasons for Sentence:**
☐ Seriousness of offense.
☐ The need to protect the institution, employees, or other
☐ Poor Conduct record
A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
☒ Other: work release inmate

26. Sentence: No verdict, work release inmate handled by    Suspended ☐   Imposed ☐   Days _____
27. Sentence: No action taken    Suspended ☐   Imposed ☐   Days _____

**28. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

Lt. M.Wilbur
CHAIRMAN (DISCIPLINARY OFFICER)

D. Chris
MEMBER

Revised 4/23

**EXHIBIT 1**

EAST BATON ROUGE PARISH
REPORT CONTINUATION FORM

INMATE NAME: Bradford Skinner

PAGE 2 OF 2

FILE NUMBER: P20-1605

my orders. Cpl. Braxton, Lt. Hyde and a Capt froom the Work release facility had to carry Skinner to the Unit and place him inside of it. Skinner was assessed by Nurse Breland in the Central Booking sallyport and checked his temperature and he was cleared to be booked into jail. Skinner received a shower and a clean jumper. Nothing further to report.

_____ #1815
DEPUTY

Lt. Rudolph Hyde #1250
SUPERVISOR

Revised 4/23