**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRADFORD SKINNER,** | **CIVIL ACTION: 20-cv-595** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **LOUISIANA WORKFORCE, L.L.C.; SID J. GAUTREAUX, in his individual and official capacity; DEMARCUS BRAXTON; RUDOLPH HYDE; JOHN DOE** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Reply Memorandum to Plaintiff's Supplement to Opposition to Motion to Dismiss,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Leave to File Supplemental Reply Memorandum to Plaintiff's Supplement to Opposition to Motion to Dismiss is hereby **GRANTED**.

Thus done and signed this _____ day of _____, 2021 in Baton Rouge, Louisiana.

_____
**UNITED STATES DISTRICT COURT JUDGE**