# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BRADFORD SKINNER**                                      **CIVIL ACTION**

**VERSUS**

                                                                     **NO. 20-595-SDD-SDJ**

**SID J GAUTREAUX, ET AL**

## ORDER

The scheduling conference presently set for **June 23, 2022,** is **CANCELED.**

**The deadlines established below are based on the parties' submissions and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **July 1, 2022.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **N/A.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **November 1, 2022.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

        **Plaintiff(s):**        December 1, 2022.

        **Defendant(s):**     January 3, 2023.

    d. Expert reports must be submitted to opposing parties as follows:

        **Plaintiff(s):**        January 3, 2023.

        **Defendant(s):**     February 2, 2023.

      e.      Discovery from experts must be completed by **March 16, 2023.**

3.      Deadline to file dispositive motions and Daubert motions: **April 13, 2023.**

4.      Deadline to file pre-trial order: **October 3, 2023.**[1]

**Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5.      Deadline to file motions in limine: **October 10, 2023.**

**Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6.      Deadline to file an affidavit of settlement efforts: **September 18, 2023.**

7.      Pre-trial conference date: **October 17, 2023, at 2:30 p.m.** in the chambers of the Honorable Shelly D. Dick.

8.      Deadline to file Proposed Findings of Fact and Conclusions of Law: **October 10, 2023.**

9.      Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **October 23, 2023.**

**The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

10.     **A 3-day jury trial is scheduled for 9:00 a.m. beginning on October 30, 2023, in Courtroom 3.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the

---

[1] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on June 14, 2022.

                                                                        _____
                                                                        **SCOTT D. JOHNSON**
                                                                        **UNITED STATES MAGISTRATE JUDGE**