

# EBRSO Performance Review Form

Employee Name: DeMarcus Braxton        Computer Number:  #1815

Employee Rank/Job Title: Deputy      Division: Prison

Evaluation Period:  May 2020 – April 2021

**Instructions:  For each of the Performance Dimensions listed below, <u>select the option that best represents how well the employee's performance meets the EBRSO standards</u>**

**Performance Dimension:  Professionalism**

<u>Appearance Standard</u> = Neat in appearance (hair is neat, facial hair is neatly groomed); Uniform/clothing is well-fitting; Clothing worn is appropriate for the work to be done; Gear is clean and operative

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton strive to handle every situation in a professional manner

<u>Interpersonal Relations Standard</u> = Works well with others (coworkers, public, inmates); Able to de-escalate tense situations; Resolves conflicts quickly; Actively listens; Able to cope with undesirable behavior in others; Communicates in a respectful and professional manner; Provides support for others; Willing to share knowledge, experience and time with others

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton is Able to de-escalate tense situations and willing to share knowledge

**Performance Dimension:  Work Product (Quantity and Quality)**

<u>Safety Standard</u> = Had no major safety incidents; Follows safety procedures; Aware of surroundings, situations and potential threats or safety concerns; Keeps track of weapon and gear at all times

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton have Had no major safety incidents

Oral Communication Standard = Responds to calls for service in a timely manner; Answers telephone promptly, politely identifying oneself and work unit; Promptly returns telephone calls; Quantity of calls handled is close to the average for work location; Does not need help with routine calls; Replies to questions with correct information; Provides adequate feedback; Appropriate language is used on all occasions; Never releases sensitive information without supervisory approval

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton Does not need help with routine calls

Reports/Written Communication Standard = Reports and/or emails are complete, accurate, concise and to the point; Reports are submitted on time; Writing style is clear and understandable (Ideas are presented in a coherent and logical sequence); Responses to emails are sent promptly; Correct spelling, punctuation and proper grammar is used; Appropriate language is used on all occasions; Never releases sensitive information without supervisory approval; Reports are rarely kicked back for correction

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton Writing style is clear and  concise

Knowledge Standard = Familiar with major/daily policies and procedures; Correctly applies policies, procedures, traffic codes, criminal statutes and parish ordinances to complete their job duties; Knows what job duties need to be performed and how to complete the tasks properly

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton Knows what job duties need to be performed and how to complete the tasks properly

**Performance Dimension: Dependability**

Attendance Standard = Arrives at work on time and when scheduled; Continues working until scheduled quitting time; Returns from meal periods and breaks at scheduled time; Arrives to work on time; Gives ample notice if will be late; PTO and other special absences are consistently scheduled in advance

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton Arrives at work on time and when scheduled

Self-sufficiency/Initiative Standard = Can independently perform routine tasks associated with position; Performs tasks without being told to do so; Capable of foreseeing and solving simple complications that arise; Work rarely needs to be reviewed by a supervisor for accuracy and correctness; Short-term work is completed in a timely manner; Long-term work is completed by deadlines; Does not rely on other employees to help complete their assigned work

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton Can independently perform routine tasks associated with position

Efficiency Standard = Uses work time effectively (avoids excessive talking and personal phone calls); If going to be late, make proper notification as soon as possible; Works overtime when required; Rarely takes shortcuts; accepts constructive criticism and makes effort to improve performance; Keeps supervisor up to date on cases/work assignment progress

☐ Exceeds Standards          ☒ Meets Standards          ☐ Does Not Meet Standards

Example(s) to support rating: Dy. Braxton Keeps supervisor up to date on cases/work assignment progress

**Reoccurring Concerns**: Any ongoing and persistent issues that a supervisor has noted occurring over the year with little to no improvement

**Action Items for Growth**: At least one (1) and up to three (3) specific and actionable items for the specific employee that will improve their overall performance (e.g. conduct more proactive police work, be more thorough in writing reports)

1) Dy. Braxton can conduct more proactive police work

2) Click or tap here to enter text.

3) Click or tap here to enter text.

**Overall Rating (Select only one):**

☐ Exceeds Standards    ☒ Meets Standards    ☐ Does Not Meet Standards

☐ Performance Not Reviewed (employed less than 6 months)

*Lt. Rudolph Hyde 51250*

Rating Supervisor Signature: __Cpl. Brandon McGee__ *#2046*    Date: 5/25/2021    *5/28/21*

*Cpl. B-n M⁻ Jee*

Computer #:    #2646

Recommended for a performance based step increase?

☒ Yes; Why? Dy. Braxton meet the standard.

☐ No; Why? Click or tap here to enter text.

*2561    CAPT. 5/28/21*

*5/25/20*

Rating Reviewer Signature: __Derrick Scott__    Date: Click or tap to enter a date.

*2260*

Computer #:    Click or tap here to enter text.

Approved for a performance based step increase?    ☒ Yes    ☐ No

Employee Signature: __D. Dwn Braxan__    Date: __5-25-21__

Computer #: __1815__

By signing and dating this form, I certify that my rating supervisor conducted a performance review session with me on the date shown.

Employee Statement (*Only if Employee is NOT signing form for purposes of the review*):

☐ I have decided not to sign this form, but I acknowledge that I received a copy of the Performance Review Form and understand that my failure to sign will not prohibit the review from becoming official.

*If the employee did not sign above, or chose not to sign the form, please indicated whether the employee was given or mailed a copy below:*

☐ Mailed; Date: _____

☐ Given; Date: _____

EBRSO_000222



**SHERIFF**
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX  225-389-5032

July 31, 2020

Sergeant Demarcus J. Braxton, Comp# 01815

RE:  Transfer, Demotion and Suspension

Sgt. Braxton:

Effective August 3, 2020, you will be transferred from Corrections (D-Shift) Security to Corrections (C Shift) Security.

You will be demoted from Sergeant, Step 4 ($1973.69) to Deputy, Step 4 ($1824.77)

In addition, you will be suspended for a period of 7 days, August 3, 4, 7, 8, 9, 12, and 13, 2020 due to violation of office policy and procedure 01-02 titled:  Code of Conduct & Ethics, Chapter on Law Enforcement Role and Authority, paragraphs:

- 01-02.06 Conduct Unbecoming
- 01-02.10 Performance of Duty
- 01-02.14 Unsatisfactory Performance
- 01-02.17 False Statements
- 01-02.21 Use of Force
- 01-02.28 Treatment of Prisoners in Custody

In accordance with EBRSO Policy #03-11 – Extra Duty Details and Secondary Employment, you are prohibited from working extra duty details while you are suspended.

Sincerely,

Lt. Colonel Dennis Grimes

DG:kt

Cc:  Major Catherine Fontenot – Parish Prison
    Payroll
    Human Resources

EBRSO_000223

**Karen D Turner**

| | |
|---|---|
| **From:** | Kellie Jolivette |
| **Sent:** | Thursday, July 30, 2020 4:30 PM |
| **To:** | Karen D Turner |
| **Subject:** | FW: Employee Violation Letter Requests |
| **Attachments:** | Scanned from a Xerox multifunction device.pdf |

Please prepare the requested disciplinary actions. Braxton's demotion from Sergeant to Deputy is to be effective August 3, 2020.

-----Original Message-----
From: Catherine Fontenot <CFontenot@EBRSO.ORG>
Sent: Thursday, July 30, 2020 4:18 PM
To: Karen D Turner <KDTurner@EBRSO.ORG>
Cc: Kellie Jolivette <KJolivette@EBRSO.ORG>
Subject: Employee Violation Letter Requests

*Sgt. Demarcus J. Braxton*
*camp # 1815*

Please see disciplinary letters on Sgt. D. Braxton and Deputy R. Jackson. Your assistance in this matter is appreciated.

-----Original Message-----
From: WardenAdmin@ebrso.org <WardenAdmin@ebrso.org>
Sent: Thursday, July 30, 2020 3:44 PM
To: Catherine Fontenot <CFontenot@EBRSO.ORG>
Subject: Scanned from a Xerox multifunction device

*Sgt. Stup 4 $1973.69*
*Dy, Dy 4 # 1824.77*

Please open the attached document. It was sent to you using a Xerox multifunction printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: XRX9C934E47F802

For more information on Xerox products and solutions, please visit http://www.xerox.com

1

EBRSO_000224

EAST BATON ROUGE PARISH PRISON
2867 GENERAL ISAAC SMITH AVENUE
BATON ROUGE, LOUISIANA 70807

07/30//2020

To:     Major Catherine Fontenot

From:   Captain Edward Peters ℰ ℙ ℙ

Ref:    DeMarcus Braxton

After reviewing the attached employee warning record, DeMarcus Braxton did
Violate the following Sheriffs' Office policy:

01-02.14   Unsatisfactory Performance
01-02.10   Performance of Duty
01-02.06   Conduct Unbecoming
01-02.28   Treatment of Prisoners in Custody
01-02.17   False Statements
01-02.21   Use of Force

*suspension dates*
*8/3, 8/4, 8/7, 8/8,*
*8/9, 8/12 & 8/13*
*CPeters*

Due to the seriousness of this incident, I recommend DeMarcus Braxton receive a Demotion to
Deputy and a 10 day suspension without pay.

*I am apping 2 day suspend,*
*demotion 2 rank fm sgt to Dpty,*
*incl reassign fm D-Shyt to C-Shyt*
*dpty.        7/30/2020*

*7/30/2020*

*Warden –*
*I recommend termination. This is*
*his second such documented*
*incident. Braxton continues to be*
*untruthful and should not be*
*allowed to supervise other staff*
*nor continue to threaten inmates.*
*He also denied medical treatment to*
*an offender.        CBraxton*



# EAST BATON ROUGE PARISH SHERIFF'S OFFICE
## EMPLOYEE WARNING RECORD

| | | | | |
|---|---|---|---|---|
| Employee's Name | DeMarcus Braxton | | Division | Parish Prison |
| | | ☐ AM | Date of | |
| Shift    C | Time    2023 hrs. | ☒ PM | Warning | 07/29/2020 |

## WARNING

| | | | | | | |
|---|---|---|---|---|---|---|
| Date of Violation | 6/14/2020 | NATURE | ☒ Substandard Work | ☒ Conduct | ☐ Tardiness | ☐ Uncooperative |
| Time of Violation | 2002 hrs. | OF | | | | |
| Place Violation | Unit 1 and | VIOLATION | | | | |
| Occurred | walk. | | ☐ Carelessness | ☒ Disobedience | ☐ | ☐ ____ |

## EXPLANATION OF VIOLATION

On 6/14/2020 at approximately 2002 hrs an inmate was involved in an altercation with a deputy. Cpl. DeMarcus Braxton stated in a disciplinary report that the inmate refused medical treatment. After reviewing video surveillance footage, the inmate was in fact seen by medical personnel.

On 6/14/2020 at approximately 2023 hrs Cpl. DeMarcus Braxton was observed in unit 1 main hall on video surveillance taunting and agitating an inmate that was restrained while being seen by medical personnel. Cpl. Braxton interfered during the medical assessment. Cpl. Braxton was seen pulling the inmate by the arm, away from the medical staff during the assessment.

At approximately 2026 hrs Cpl. Braxton left unit 1 to escort the inmate to unit II to be placed in lockdown. Upon arrival to unit II at 2031 hrs, video surveillance indicates the inmate had blood on the right side of his face. The inmate appeared to have been sprayed with subject control spray. The inmate appears to be disoriented and is struggling to walk. After reviewing the video footage Cpl. Braxton when questioned later stated" the inmate fell on the walk." Cpl. Braxton failed to have the inmate seen by medical and did not generate a report of this incident.

At 2032 hrs Cpl. Braxton arrived to M and N to place the inmate in his cell. A witness stated Cpl. Braxton did use chemical spray on the inmate involved in this incident while on M and N. Again Cpl. Braxton failed to generate any type of report or have the inmate seen by medical staff. When questioned later Cpl. Braxton continued to deny he used subject control spray on this inmate. Cpl. Braxton is in violation of Sheriff office policy 01-02.06 Conduct Unbecoming, 01-02.10 Performance of Duty, 01-02.14 Unsatisfactory Performance, 01-02.28 Treatment of Prisoners in Custody ,01-02.17 False Statements, and 01-02.21 Use of Force

| HAS EMPLOYEE BEEN WARNED PREVIOUSLY? ☒ YES ☐ NO | Form Of Warning | WHEN WARNED and BY WHOM | | |
|---|---|---|---|---|
| | | 1st Warning | 2nd Warning | 3rd Warning |
| | Oral | | | |
| | Written | | | |

## EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.

Request to Speak with Warden

I have entered my version of the matter above.

Employee' signature _Dem Braxon_ Date _7-29-20_

## ACTION TO BE TAKEN

1. Sheriff's Copy          2. Division Copy          3. Supervisor Copy          4. Employee Copy

EBRSO_000226

Demotion of rank from Sgt to Deputy; 7 days suspension and reassignment from D shift to C shift.

Approved By _Cathy Fontent_    _Maj_    _7/30/2020_
                Name              Title        Date

| I have read this "warning" and understand it. | | Rudolph Hyde    Lt.    7-29-2020 |
|---|---|---|
| _[signature]_    7-29-20 | | Signature of person    Title    Date |
| Employee's Signature    Date: | | who prepared warning |
| | | _[signature]_    CAPT.    7/29/2020 |
| | | Supervisor's Signature    Date |

1. Sheriff's Copy        2. Division Copy        3. Supervisor Copy        4. Employee Copy

EBRSO_000227

01-02.06 CONDUCT UNBECOMING  A commissioned deputy shall conduct himself at all times, both on and off-duty, in such a manner as to reflect most favorably on himself/herself and the Sheriff's Office. Unbecoming conduct is defined as conduct which: ☐     Brings the Sheriff's Office or any of its subdivisions into disrepute ☐     Reflects discredit upon the deputy as a member of the Sheriff's Office ☐ Impairs the operations or efficiency of the Sheriff's Office or the deputy ☐     Detrimentally affects the morale of Sheriff' Office personnel

01-02.10 PERFORMANCE OF DUTY ☐ Deputies shall not stop, detain, or search anyone based solely on racial characteristics, ethnicity, gender, or sexual orientation. ☐ Deputies shall conscientiously strive to be responsible for the proper performance of all assigned duties, as they are responsible for their own acts. ☐ A deputy shall not consider ignorance of the rules, regulations, and directives an excuse or justification for any violation of such.

01-02.12 NEGLECT OF DUTY ☐ Deputies shall not, without proper authorization, absent themselves from their assigned duty stations or otherwise fail to perform their assignment during their tour of duty. ☐ Deputies shall remain awake and alert while on-duty or if unable to do so, shall report to their supervisor, who shall determine the proper course of action.

01-02.14 UNSATISFACTORY PERFORMANCE A deputy shall maintain a competency level sufficient to properly perform his duties and assume the responsibilities of his position. Deputies shall perform their duties in such a manner as to maintain the highest standards of efficiency. Unsatisfactory performance may be demonstrated by: ☐     A lack of knowledge in the application of laws required to be enforced ☐ An unwillingness or inability to perform assigned task ☐     A failure to conform to work standards established for the deputy's rank, grade, or position ☐     A failure to take the appropriate actions at the scene of a crime, disorder, or other matter deserving attention ☐     Repeated poor evaluations

01-02.21 USE OF FORCE Deputies shall not use more force than is reasonably necessary under the circumstances. In addition, deputies shall use force in accordance with applicable law and Sheriff's Office guidelines.

01-02.28 TREATMENT OF PRISIONERS IN CUSTODY A deputy shall not mistreat persons who are in their custody. Deputies shall handle such persons in accordance with the law and Office procedures. Deputies shall not abuse process or make false accusations against any prisoner.

EBRSO_000228

01-02.17 FALSE STATEMENTS A deputy shall not make a false statement or falsify any written report to a supervisor knowing such statement to be incorrect or misleading. No deputy shall intentionally withhold any information from a report, statement, knowing such information to be relevant to the report or statemen

EBRSO_000229

**EAST BATON ROUGE PARISH PRISON**
**DISCIPLINARY REPORT**

*Postponed 6/15/20*

009110 M02

| | | | | |
|---|---|---|---|---|
| File Number | | | | P20-2332 |

| 1. Name of Offender | 2. D.O.B. | 3. Shift D | 4. Date of Incident 6/14/2020 | 5. Time of Incident 20:02 |
|---|---|---|---|---|

| 6. Place of Incident Q7-8 Sound Door | 7. Arrest Date 5/7/2020 | 8. Housing Assignment (Offender) Q7 |
|---|---|---|

| 9. Rule Violated Aggravated Disobedience | 10. Rule Number 5 |
|---|---|

**11. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary) - Extra space is available on the Continuation form on the 2nd page**

On the above date and approximate time, I Cpl.Demarcus Braxton responded to a signal "63" on Q7-8 lines and observed Dy.Wendell Duncan attempting to restrain inmate Jaquan East BM 1-3-94. I ordered East to place his hands behind his back but he refused and continued to resist. I administered a one to two second burst of subject control spray to the facial area of East. East complied and was handcuffed (double locked) and checked for tightness. Nurse Snowden seen inmate East but he refused medical treatment. East was escorted to MO2 by myself where he received a shower and a clean lockdown jumper. East property was packed and inventoried and placed in the Unit 2 Property Room. Lt.Hyde was advised of the incident.

| 12. Offender Placed in Adm. Seg. | ☑ Yes | ☐ No |
|---|---|---|

| 13. Signature of reporting employee | 14. Name, Title, Assignment (Print) Cpl. Demarcus Braxton Unit 2 Supervisor |
|---|---|

| 15. Date of Report 6/14/2020 | 16. Time of Report 23:20 | 17. Report (copy) given to above offender by: Dy Morgan #2734 | 18. Offender's Signature: Refused 0325hrs | Dy. Morgan #2734 SBell 2617 |
|---|---|---|---|---|

| 19. Plea by Offender: | ☑ Not Guilty | ☐ Guilty | 20. Verdict: | ☐ Not Guilty | ☑ Guilty |
|---|---|---|---|---|---|

| 21. Date of Hearing: 6/15/20 postponed (for investigation report) | 22. Supervisor Approval: J. Rudolph Hyde 01250 |
|---|---|

**23. Motions:**

**24. Reasons for Disposition:**

☑ Report is clear and precise       ☐ Lack of a credible defense/little or no defense       ☐ Based on his statement

☐ The officer's version is determined to be more credible than the offender's.       ☐ Pled guilty/accepted guilty plea

☐ Only defense is denying contents of report.       ☐ The offender presented no evidence to refute the charges

☐ The investigative officer's testimony was deemed more truthful and accurate than the offender's.       ☐ Plea bargain.

☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.

Other:

**25. Reasons for Sentence:**

☐ Seriousness of offense.       ☑ The need to protect the institution, employees, or other

☐ Poor Conduct record.

A total of _____ rule violation(s)  A total of _____ Schedule II violations since _____

A total of _____ # _____ rule violations since _____

☑ Other: Same information as report # 2331 which I/M was sentenced on.

**26. Sentence:**

No Action taken on this report.

| Suspended ☐ | | |
|---|---|---|
| Imposed ☐ | | Days |

**27. Sentence:**

| Suspended ☐ | | |
|---|---|---|
| Imposed ☐ | | Days |

**28. DISCIPLINARY BOARD:**
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

Lt. M. Wilbor
CHAIRMAN (DISCIPLINARY OFFICER)

Dy Jackson
MEMBER

Revised 4/23



**SHERIFF**

**East Baton Rouge Parish**
**Post Office Box 3277**
**Baton Rouge, Louisiana 70821**

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX  225-389-5032

August 15, 2017

Deputy Demarcus J. Braxton, Comp# 01815

      Re:   Suspension

Dy. Braxton,

      Effective August 21, 22, and 25, 2017, you are suspended without pay for a period of three (3) days, due to violation of the following office policies:

- 01-02.14 Unsatisfactory Performance
- EBRPP Order 10-042 titled Food Service; Number 2 – Special Orders; Alphabet D, Number 1 – Duties; Subsection C.

      In accordance with EBRSO Policy #03-11 – Extra Duty Details and Secondary Employment, you are prohibited from working extra duty details while you are suspended.

      Sincerely,

      Lt. Colonel Dennis Grimes

DG:kt

Cc:   Lana Price – Warden's Secretary
      Payroll
      Human Resources

EBRSO_000235



**SHERIFF**
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX  225-389-5032

May 27, 2015

Deputy Demarcus J. Braxton, Comp# 01815

     Re:    Suspension

Dy. Braxton,

    Effective June 10 and 11, 2015, you are suspended without pay for a period of two (2) days, due to violation of office policy and procedure 01-01 titled:  Code of Conduct & Ethics, Chapter on Law Enforcement Role and Authority, paragraph:

- 01-01.11 Reporting for Duty

                               Sincerely,

                               Lt. Colonel Dennis Grimes

DG:kt

Cc:    Warden Dennis Grimes – Parish Prison
       Lana Price – Warden's Secretary
       Payroll
       Human Resources

EBRSO_000243



**SHERIFF**

**East Baton Rouge Parish**
**Post Office Box 3277**
**Baton Rouge, Louisiana 70821**

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX  225-389-5032

February 11, 2013

Dy. Demarcus Braxton

Re:  Suspension

Dy. Braxton,

Effective April 3,4, 2013 you are suspended without pay for a period of two (2) work days, due to violation of the following EBRSO Policies:

      01-01.10  Performance of Duty
      01-01.12  Neglect of Duty
      01-01.14  Unsatisfactory Performance

Sincerely,

Lt. Colonel Dennis Grimes

DG:ss

Cc:  Lana Price – Warden's Secretary
     Payroll
     Human Resources