2253584100                                              10:03:45 a.m.    01-12-2012    1/17

TO: Major Max Schiele

FROM: Capt. Johnny Scott

DATE: 1-11-12

RE: Dy. Demarcus Braxton, Disciplinary Action Dated 1-11-2012

OK
KM
1/12/12

**RECEIVED**

**JAN 12 2012**

**EBRSO
HUMAN RESOURCES**

At the conclusion of an investigation concerning a complaint lodged against Dy. Braxton, it is found where Deputy Braxton violated EBRSO Policy 01-01.06; Conduct Unbecoming, in that he conducted himself in a manner which could reflect a negative appearance of the office both civilly and legally.

Dy. Braxton also violated EBRSO Policy 01-01.28; Treatment of Prisoners in Custody, in that he utilized physical force on an inmate which was without cause.

Additionally, Dy. Braxton violated EBRSO Policy 01-02.02; Policy regarding Use of Force, in that he did not follow guidelines within policy provisions.

Due to the above, I am recommending Dy. Braxton receive a suspension of two (2) days without pay.

*[Handwritten:] Deputy has not taken responsibility for actions. I recommend 5 days*

*[Handwritten:] Due to the seriousness of the offense and the number of rules violated I am increasing this recommendation to a 7 day suspension.*

*[Signature] 1/12/12*

*[Handwritten:] Days for Susp.
Jan 20, 21, 22, 25, 26, 30 & 31*

EBRSO_000269



# EAST BATON ROUGE PARISH SHERIFF'S OFFICE
## EMPLOYEE WARNING RECORD

Employee's Name: **Demarcus Braxton**     Division: **Prison D Shift**
Shift: **D Shift**     Time: ___ a.m. / p.m.     Date of Warning: **1-11-12**

## WARNING

Date of Violation: **1-8-12**
Time of Violation: ___
Place Violation Occurred: **Prison**

NATURE OF VIOLATION:
☐ Substandard Work    ☒ Conduct    ☐ Tardiness    ☐ Uncooperative
☐ Carelessness    ☐ Disobedience    ☐ ___

## EXPLANATION OF VIOLATION

On 1-8-12, Dy Braxton allowed a Maximum security inmate leave his cell without leg restraints and go into the East End Lobby. Once in the lobby a verbal and physical altercation occurred between Dy Braxton and the inmate. Dy Braxton hit and slammed the inmate to the floor without cause.

| HAS EMPLOYEE BEEN WARNED PREVIOUSLY? | Form of Warning | WHEN WARNED and BY WHOM | | |
|---|---|---|---|---|
| ☐ YES  ☐ NO | | 1st Warning | 2nd Warning | 3rd Warning |
| | Oral | | | |
| | Written | | | |

## EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.

See attached statement

I have entered my version of the matter above.
Employee's Signature: **Demm Braxton #815**     Date: ___

## ACTION TO BE TAKEN

Approved By ___
Name ___ Title ___ Date ___

I have read this "warning" and understand it.
Employee's Signature: **Demm Braxton**    Date: **1-11-12**

Signature of person who prepared warning: [signed]    Title: **Capt**    Date: **1-11-12**

Supervisor's Signature ___ Date ___

WHITE • SHERIFF'S COPY    CANARY • DIVISION COPY    PINK • SUPERVISOR COPY    GOLD • EMPLOYEE COPY

Action Printers, Inc.

EBRSO_000270

An investigation was conducted into an alleged allegation that on 1-8-12 Dy. Braxton handcuffed an inmate, removed him from his cell and questioned him concerning an incident where he (the inmate) was accused of masturbating in front of a nurse. During the interview, Dy. Braxton is accused of slapping the inmate several times in the face and back of the head.

- On 1-10-12, I interviewed inmate ▆▆▆▆▆▆ concerning the above allegation. Inmate Allen stated he was accused of masturbating in front of Nurse Cannon. Inmate Allen stated Dy. Braxton a short time later handcuffed him and removed him from the cell and they walked up to the East End Cage. Once at the cage, Allen stated Dy. Braxton began yelling at him, hit him several times in the head and threw him on the ground. Once on the ground, he was kicked and hit several times by Dy. Braxton. Allen stated he was seen by the nurse for a "gash" to his head and returned to his cell. Other than a band aid to his forehead, no other treatment was necessary.

- On 1-10-12, I received a written statement from Dy. A. Collins. In her written statement, Dy. Collins says she was assigned to East End Control Cage on 1-8-12. In Dy. Collins report she states Dy. Braxton asked her for a pair of handcuffs, which she issued to him. Dy. Collins stated Deputy Braxton then removed inmate ▆▆▆▆▆▆ from A01 and brought him by the East End Control Cage in handcuffs. Dy. Braxton then began to question inmate Allen if he "masturbated on the nurse". When the inmate stated no, Dy. Braxton then began hitting inmate Allen in the face and head several times. Dy. Collins stated Braxton knocked inmate Allen to the floor and began kicking him and hitting him while on the ground. Inmate was later seen by Nurse Cannon then returned to his cell.

- On 1-10-12, I interviewed Dy. Jarrod Wilson in my office. Dy. Wilson was working the East End of the prison on 1-8-12 at the alleged time of the incident. Dy. Wilson advised on the night of 1-8-12, he was escorting Nurse Cannon for "Pill Call" on A01 when she began yelling at Inmate Allen for masturbating in her presence. He stated he looked and observed Inmate Allen standing in his cell with a T-Shirt and Shorts on and had his erect penis exposed. Wilson further stated he and the nurse left the wing and he and the nurse reported this to Dy. Braxton. Dy. Wilson stated he was still new on the job and was unsure as to how to handle the situation. Records indicate Dy. Wilsons' hire date as 12-15-11 which validates him being fairly new on the job and still in training. Once he told Dy. Braxton of the incident, he went on toward J-Wing to handle pill call with the nurse as ordered by Dy. Braxton. Before he got started with pill call, Dy.

Page 1

Braxton told him to go to A Wing with him. He was ordered by Dy. Braxton to open inmate Allen's cell, at which time Allen exited his cell, handcuffed in the front of his body. While Dy. Wilson was securing the A Wing door, Dy. Braxton and Inmate Allen walked toward the East End Cage where he heard both Dy. Braxton and Inmate Allen involved in a verbal argument. When he arrived at the East End Cage, he heard and saw Dy. Braxton getting upset because he was asking Allen if he was Masturbating on the nurse, and felt that the inmate was lying to him. Dy. Wilson further reports he saw Dy. Braxton hit Inmate Allen several times in the head, at which time Allen responded by hitting Dy. Braxton in the chest area. Wilson further stated Braxton took inmate Allen down to the floor and kicked Allen in the upper body area. Supervisors were called and Inmate Allen was checked by Nurse Cannon and returned to his cell.

- On 1-10-11, I contacted Nurse Cannon by telephone. I asked Ms. Cannon if she performed "Pill Call" on the East End of the prison on the night of 1-8-12. She stated "yes". I asked her did she observe any miss-behavior by an inmate on the same night. She stated yes, inmate Michael Allen was observed by her masturbating in his cell. Ms. Cannon stated she ordered the inmate to stop and told Dy. Wilson. Ms. Cannon further stated she told Dy. Braxton also of the incident after she returned to the East End Lobby. Ms. Cannon then began preparing the Pill Cart for another wing when Dy.'s Braxton and Wilson went back on A Wing and brought out inmate Allen in cuffs. Ms. Cannon stated she was at the front of the cage and Dy. Braxton and the inmate went to the rear of the cage. She heard Dy. Braxton state,"So you want to hit me huh". This caught Ms. Cannon's attention so she looked in that direction and saw Inmate Allen who was apparently on the floor with Dy. Braxton over him. Ms. Cannon stated her view was partially blocked due to the walls of the cage. I asked if she observed any verbal or physical altercations concerning inmates or deputies on that evening and she stated only verbal as to what she previously said. Nurse Cannon Stated she was summoned by Sgt. Broadway to check the inmate. Nurse Cannon stated she put a band aid on a cut to Allens' forehead. She stated no other complaints were made by the inmate.

- I interviewed Lt. Wade Lamotte by telephone on 1-10-12. Lt. Lamotte stated he was advised of a deputy having problems on the East End with an inmate. Lt. Lamotte stated when he arrived, Dy. Braxton advised him that inmate Allen hit him and he took him to the floor to gain control of the inmate. Lt. Lamotte stated the incident was over and all was under control when he got there. According to Lt. Lamotte's statement no deputy advised him of anything further concerning this incident.

Page 2

EBRSO_000272

- On 1-11-12, I interviewed Dy. Demarcus Braxton in my office. I asked Dy. Braxton to explain the events with inmate Michael Allen on 1-8-12. Dy. Braxton stated after he was advised by Nurse Cannon of inmate Allen's actions, he went and removed inmate Allen from his cell and brought him to the East End Lobby. Dy. Braxton stated the nurse told him it was the inmate in cell #6 that was masturbating in her view. When Dy. Braxton began questioning him, Allen then hit Dy. Braxton in the chest. Dy. Braxton stated he responded to the hit by slapping inmate Allen and taking him down to the floor to gain control. Dy. Braxton stated he only hit the inmate after the inmate hit him first, and he had to gain control. When asked why he brought the inmate out of his cell and violated policy by not placing leg irons on him, he stated he was bringing the inmate out so the nurse can identify him.

*[signature]*
Capt. Johnny Scott

EBRSO_000273

## Incident Report

**Date:** 01/10/2012                           **EBRPP File Number:** P-12-

**Time:** 0500HRS

**Supervisor:** Lt. Barrick

**Deputy Filing Report:** Dy. A. Collins

**Inmates Name:** ▮▮▮▮▮      **D.O.A.:** 2-28-2010   **D.O.B.:** ▮▮▮   **R/S/A:** B/M/26

**Action Taken:** Report Filed For The Attention Of The Chief Of Security.

**Details of Report:** On January 8, 2012, I Dy. A. Collins was assigned to East End Control on D-Shift from 1700-0500hrs. At approximately 2030hrs., Nurse Cannon was on East End conducting pill call on A-Wing. Dy. Wilson advised me that I/M ▮▮▮▮▮ was masturbating during pill call. Dy. Wilson escorted Nurse Cannon off A-Wing and began to conduct J-Wing pill call. Dy. Wilson notified Dy. Braxton of the incident on A-Wing with I/M Allen. Dy. Braxton asked me to give him a pair of handcuffs which I did give him. Dy. Braxton went on A-Wing and pulled I/M Allen out by the East End control cage in handcuffs. Dy. Braxton began to ask I/M Allen did he masturbate on the nurse, I/M Allen said no. Dy. Braxton began to strike I/M Allen in the face and the back of his head several times while holding him by his jumper. I/M Allen continued to beg Dy. Braxton not to hit him and saying he was sorry. Dy. Braxton continued to strike him. I/M Allen attempted to defend himself while in restraints. Dy. Braxton knocked him to the ground and began to kick him and punch him while I/M Allen layed on the ground in a fetal position. Dy. Wilson began to hit I/M Allen while he layed on the ground. I continuously yelled for them to stop hitting I/M Allen which they complied. I/M Allen was picked off the floor and told to stand facing the wall. I notified Lt. Lamotte and Sgt. Broadway to report to East End. When they arrived, I/M Allen was still standing facing the wall. I/M Allen was checked by Nurse Allen. No further incident occurred.

s/ D. Col_____ #2317
**Deputy**

s/ Cpl. M. Shun▮▮ #1591
**Supervisor**

EBRSO_000274



# SHERIFF
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX 225-389-5032

TO: STEPHEN HYMEL, CHIEF CIVIL DEPUTY

FROM: COLONEL BOBBY D. CALLENDER    *Approved BDC*

DATE: JULY 23, 2009

SUBJECT: SUSPENSION

    Effective July 29, 30, August 3, 4, 7, 8, 9, 12, 13 and 17, 2009, Demarcus J. Braxton (ss# ▮▮▮▮▮) is suspended without pay for a period of ten (10) days, due to violation of Office Policy and Procedure 01-01 titled Code of Conduct and Ethics, Chapter on Law Enforcement Role and Authority: Paragraph 01-01.12 Neglect of Duty.

BDC:kt

Cc: Dy. Demarcus J. Braxton
    Human Resources



**SHERIFF**
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX 225-389-5032

June 29, 2020

Corporal Demarcus Braxton, Comp# 01815

Subject: Promotion

Cpl. Braxton,

This is to inform you that effective July 6, 2020, you will be promoted from Corporal, Step – 4 ($1,897.77) to Sergeant, Step – 4 ($1,973.69). You will remain in your current assignment of Corrections Shift Security.

Congratulations, keep up the good work.

Sincerely,

Sid J. Gautreaux

Sheriff Sid J. Gautreaux, III

SJG:ap

Cc:  Warden Dennis Grimes– Parish Prison
     Lana Price – Warden Secretary
     Payroll
     Human Resources



**SHERIFF**
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

SID J. GAUTREAUX, III
SHERIFF

225-389-5000
FAX  225-389-5032

February 15, 2016

Deputy Demarcus J. Braxton, Comp# 01815

    Re:    Suspension

Dy. Braxton,

    Effective March 7, 8, and 11, 2016, you are suspended without pay for a period of three (3) days, due to violation of office policy and procedure 01-01 titled: Code of Conduct & Ethics, Chapter on Law Enforcement Role and Authority, paragraphs:

- 01-02.13 Notification for Illness or Injury
- 01-02.34 Deputy Subject to Call While Off-Duty

Sincerely,

Lt. Colonel Dennis Grimes

DG:kt

Cc:    Lana Price – Warden Secretary
        Payroll
        Human Resources

KMG
2/15/16

EAST BATON ROUGE PARISH PRISON
2867 GENERAL ISAAC SMITH AVENUE
BATON ROUGE, LOUISIANA 70807

TO: WARDEN DENNIS GRIMES

FROM: CAPT. EDWARD PETERS (EP)

DATE: 02-12-16
REF: DISCIPLINARY ACTION FOR: DY. DEMARCUS BRAXTON

After reviewing the attached EBRSO Employee Warning Record, I have determined that DY. DEMARCUS BRAXTON violated the following policy and procedure:

01-02.13 NOTIFICATION FOR ILLNESS OR INJURY
01-02.34 DEPUTY SUBJECT TO CALL WHILE OFF-DUTY

It is my recommendation that DY. DEMARCUS BRAXTON receive a 3 day suspension without pay.

Approved by
DF
2/15/16

3/7, 8, 11

Received 2-day suspension June 2015 for same policy violation
KMG 2/15/16

EBRSO_000316